**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 8:21-BK-00455-RCT |
| | § | |
| EDWARD W. ALTAFFER | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/31/2021. The undersigned trustee was appointed on 01/31/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                   $2,084.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $8.55 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1]                                    $2,075.45

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/07/2021 and the deadline for filing government claims was 07/30/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $521.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $521.00, for a total compensation of $521.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $88.04, for total expenses of $88.04.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/16/2021              By:  /s/ Traci K. Stevenson
                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 21-00455-RCT | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | ALTAFFER, EDWARD W. | Date Filed (f) or Converted (c): | 01/31/2021 (f) |
| For the Period Ending: | 10/16/2021 | §341(a) Meeting Date: | 03/03/2021 |
| | | Claims Bar Date: | 06/07/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1972 Alton Drive Clearwater FL 33763-0000 | $100,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2015 Ford F150 Mileage: 69000 Other Information: Average condition | $12,500.00 | $0.00 | OA | $0.00 | FA |
| 3 | Stove; Refrigerator; Kitchenware; Microwave; Toaster Oven; Sofa/couch; Loveseat; Coffee tables; Lamps; Dining set; Beds; Nightstands; Armoire; Patio o/s chairs | $300.00 | $0.00 | | $0.00 | FA |
| 4 | camera | $30.00 | $0.00 | | $0.00 | FA |
| 5 | Computer and Printer | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Man's everyday wearing apparel, shoes, accessories | $50.00 | $0.00 | | $0.00 | FA |
| 7 | necklace | $75.00 | $0.00 | | $0.00 | FA |
| 8 | Cash | $20.00 | $0.00 | | $0.00 | FA |
| 9 | Checking account Navy Federal Credit Union | $432.00 | $47.02 | | $0.00 | FA |
| 10 | Savings account Navy Federal Credit Union | $40.02 | $0.00 | | $0.00 | FA |
| 11 | IRA | $2,777.00 | $0.00 | | $0.00 | FA |
| 12 | IRA Premier Select IRA | $7,784.00 | $0.00 | | $0.00 | FA |
| 13 | 2020 refund (u) | $0.00 | $1,000.00 | | $2,084.00 | FA |
| 14 | possible FDCPA (u) | $0.00 | $1,000.00 | | $0.00 | FA |
| | **TOTALS (Excluding unknown value)** | **$124,108.02** | **$2,047.02** | | **$2,084.00** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

| 08/16/2021 | fdcpa is no go |
|---|---|
| 08/16/2021 | sent to close |
| 07/12/2021 | req update from kopp |
| 04/22/2021 | kopp said 2 creditors they wouldnt be able to pursue but they are waiting to receive more info on a 3rd and he will update me when he knows anything |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| **Case No.:** | 21-00455-RCT | **Trustee Name:** | Traci K. Stevenson |
|---|---|---|---|
| **Case Name:** | ALTAFFER, EDWARD W. | **Date Filed (f) or Converted (c):** | 01/31/2021 (f) |
| **For the Period Ending:** | 10/16/2021 | **§341(a) Meeting Date:** | 03/03/2021 |
| | | **Claims Bar Date:** | 06/07/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/12/2021   SENT TAX CALC AND FILED ABAND
03/25/2021   fdcpa sent to kopp// 20R// aband auto
03/25/2021   sent fdcpa to kopp and req the vin # and the 20 return

Initial Projected Date Of Final Report (TFR): 03/03/2022    Current Projected Date Of Final Report (TFR): 03/03/2022    /s/ TRACI K. STEVENSON
TRACI K. STEVENSON

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 21-00455-RCT | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | ALTAFFER, EDWARD W. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3337 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/31/2021 | Blanket bond (per case limit): | $26,930,000.00 |
| For Period Ending: | 10/16/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/13/2021 | (13) | Edwin W. Altaffer | 2020 REFUND | 1224-000 | $2,084.00 | | $2,084.00 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.06 | $2,081.94 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $3.25 | $2,078.69 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $3.24 | $2,075.45 |
| | | | TOTALS: | | $2,084.00 | $8.55 | $2,075.45 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,084.00 | $8.55 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,084.00 | $8.55 | |

**For the period of 1/31/2021 to 10/16/2021**

| | |
|---|---|
| Total Compensable Receipts: | $2,084.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,084.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/13/2021 to 10/16/2021**

| | |
|---|---|
| Total Compensable Receipts: | $2,084.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,084.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2  Exhibit B

| Case No. | 21-00455-RCT | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | ALTAFFER, EDWARD W. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3337 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/31/2021 | Blanket bond (per case limit): | $26,930,000.00 |
| For Period Ending: | 10/16/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,084.00 | $8.55 | $2,075.45 |

**For the period of 1/31/2021 to 10/16/2021**

| | |
|---|---|
| Total Compensable Receipts: | $2,084.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,084.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/31/2021 to 10/16/2021**

| | |
|---|---|
| Total Compensable Receipts: | $2,084.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,084.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ TRACI K. STEVENSON

TRACI K. STEVENSON

**CLAIM ANALYSIS REPORT**

Page No: 1     Exhibit C

| Case No.: | 21-00455-RCT | | Trustee Name: | Traci K. Stevenson |
| Case Name: | ALTAFFER, EDWARD W. | | Date: | 10/16/2021 |
| Claims Bar Date: | 06/07/2021 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | TRACI K. STEVENSON<br>P.O. Box 86690<br>Madeira Beach FL 33738 | 10/16/2021 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $88.04 | $88.04 | $0.00 | $0.00 | $0.00 | $88.04 |
|  | TRACI K. STEVENSON<br>P.O. Box 86690<br>Madeira Beach FL 33738 | 10/16/2021 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $521.00 | $521.00 | $0.00 | $0.00 | $0.00 | $521.00 |
| 1 | GROW FINANCIAL FEDERAL CREDIT UNION<br>PO Box 89947<br>Tampa FL 33689-0416 | 03/05/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $486.00 | $486.99 | $486.99 | $0.00 | $0.00 | $0.00 | $486.99 |
| 2 | FORD MOTOR CREDIT COMPANY LLC<br>C/O MOODY JONES & INGINO, PA<br>1333 S UNIVERSITY DR STE 201<br>PLANTATION FL 33324 | 03/09/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,736.85 | $9,701.50 | $9,701.50 | $0.00 | $0.00 | $0.00 | $9,701.50 |
| **Claim Notes:** | Final Judgment | | | | | | | | | | | |
| 3 | FORD MOTOR CREDIT COMPANY LLC<br>C/O MOODY JONES & INGINO, PA<br>1333 S UNIVERSITY DR STE 201<br>PLANTATION FL 33324 | 03/09/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $14,906.04 | $17,382.58 | $17,382.58 | $0.00 | $0.00 | $0.00 | $17,382.58 |
| **Claim Notes:** | Final Judgment | | | | | | | | | | | |
| 4 | DISCOVER BANK DISCOVER PRODUCT INC<br>PO BOX 3025<br>New Albany OH 43054 | 03/10/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,991.00 | $2,273.00 | $2,273.00 | $0.00 | $0.00 | $0.00 | $2,273.00 |
| 5 | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES<br>PO Box 10587<br>Greenville SC 29603-0587 | 03/16/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $822.00 | $843.67 | $843.67 | $0.00 | $0.00 | $0.00 | $843.67 |

| Case No. | 21-00455-RCT | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | ALTAFFER, EDWARD W. | Date: | 10/16/2021 |
| Claims Bar Date: | 06/07/2021 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | WELLS FARGO BANK, N.A. WELLS FARGO CARD SERVICES<br>PO Box 10438, MAC F8235-02F<br>Des Moines IA 50306-0438 | 03/17/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,964.00 | $7,964.92 | $7,964.92 | $0.00 | $0.00 | $0.00 | $7,964.92 |
| 7 | QUANTUM3 GROUP LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | 03/31/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,605.52 | $2,605.52 | $0.00 | $0.00 | $0.00 | $2,605.52 |
| 8 | QUANTUM3 GROUP LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | 03/31/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $888.58 | $888.58 | $888.58 | $0.00 | $0.00 | $0.00 | $888.58 |
| 9 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | 04/01/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,801.00 | $5,801.47 | $5,801.47 | $0.00 | $0.00 | $0.00 | $5,801.47 |
| 10 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | 04/01/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,434.00 | $4,434.11 | $4,434.11 | $0.00 | $0.00 | $0.00 | $4,434.11 |
| 11 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | 04/06/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,232.00 | $3,232.33 | $3,232.33 | $0.00 | $0.00 | $0.00 | $3,232.33 |
| 12 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 04/16/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,345.00 | $3,345.94 | $3,345.94 | $0.00 | $0.00 | $0.00 | $3,345.94 |

| Case No. | 21-00455-RCT | | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|---|
| Case Name: | ALTAFFER, EDWARD W. | | Date: | 10/16/2021 |
| Claims Bar Date: | 06/07/2021 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | BEACON FUNDING CORPORATION<br>3400 Dundee Rd<br>Suite 180<br>Northbrook IL 60062 | 04/21/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $68,000.00 | $97,840.84 | $97,840.84 | $0.00 | $0.00 | $0.00 | $97,840.84 |
| 14 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 04/22/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,120.00 | $4,120.44 | $4,120.44 | $0.00 | $0.00 | $0.00 | $4,120.44 |
| 15 | MARINER FINANCE, LLC<br>8211 Town Center Dr.<br>Nottingham MD 21236 | 05/03/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $598.14 | $598.14 | $0.00 | $0.00 | $0.00 | $598.14 |
| 16 | SOLE LAW PLLC<br><br>555 5th Avenue N.<br>Saint Petersburg FL 33701 | 05/06/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,184.65 | $2,070.13 | $2,070.13 | $0.00 | $0.00 | $0.00 | $2,070.13 |
| 17 | MIDLAND CREDIT MANAGEMENT, INC.<br>PO Box 2037<br>Warren MI 48090 | 05/19/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $9,329.36 | $9,329.36 | $9,329.36 | $0.00 | $0.00 | $0.00 | $9,329.36 |
| 18 | MIDLAND CREDIT MANAGEMENT, INC.<br>PO Box 2037<br>Warren MI 48090 | 05/19/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,787.00 | $4,787.19 | $4,787.19 | $0.00 | $0.00 | $0.00 | $4,787.19 |
| 19 | MIDLAND CREDIT MANAGEMENT, INC.<br>PO Box 2037<br>Warren MI 48090 | 05/19/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,012.49 | $5,012.49 | $5,012.49 | $0.00 | $0.00 | $0.00 | $5,012.49 |
| 20 | U.S. BANK NATIONAL ASSOCIATION BANKRUPTCY DEPARTMENT<br>PO Box 108<br>Saint Louis MO 63166-0108 | 05/19/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,851.00 | $5,623.92 | $5,623.92 | $0.00 | $0.00 | $0.00 | $5,623.92 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk VA 23541 | 05/28/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,844.00 | $1,843.55 | $1,843.55 | $0.00 | $0.00 | $0.00 | $1,843.55 |

**CLAIM ANALYSIS REPORT**

Page No: 4    Exhibit C

| Case No. | 21-00455-RCT | | Trustee Name: | Traci K. Stevenson |
| Case Name: | ALTAFFER, EDWARD W. | | Date: | 10/16/2021 |
| Claims Bar Date: | 06/07/2021 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 Norfolk VA 23541 | 05/28/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $465.00 | $426.57 | $426.57 | $0.00 | $0.00 | $0.00 | $426.57 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 Norfolk VA 23541 | 05/28/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $595.00 | $556.20 | $556.20 | $0.00 | $0.00 | $0.00 | $556.20 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 Norfolk VA 23541 | 05/28/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,611.00 | $6,572.71 | $6,572.71 | $0.00 | $0.00 | $0.00 | $6,572.71 |
| 25 | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES PO Box 10587 Greenville SC 29603-0587 | 06/03/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $99.01 | $99.01 | $0.00 | $0.00 | $0.00 | $99.01 |
| 26 | RECOVERY SYSTEM CORP PO Box 350907 Miami FL 33135 | 06/07/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,803.00 | $4,803.00 | $4,803.00 | $0.00 | $0.00 | $0.00 | $4,803.00 |
| 27 | STEARNS BANK NA 4191 2nd Street South Saint Cloud MN 56301 | 06/07/2021 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $6,535.00 | $8,034.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $211,287.73 | $203,253.20 | $0.00 | $0.00 | $0.00 | | $203,253.20 |

**CLAIM ANALYSIS REPORT**  Page No: 5          Exhibit C

| Case No. | 21-00455-RCT | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | ALTAFFER, EDWARD W. | Date: | 10/16/2021 |
| Claims Bar Date: | 06/07/2021 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $202,644.16 | $202,644.16 | $0.00 | $0.00 | $0.00 | $202,644.16 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $8,034.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $521.00 | $521.00 | $0.00 | $0.00 | $0.00 | $521.00 |
| Trustee Expenses | $88.04 | $88.04 | $0.00 | $0.00 | $0.00 | $88.04 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      8:21-BK-00455-RCT
Case Name:     EDWARD W. ALTAFFER
Trustee Name:  Traci K. Stevenson

|  | Balance on hand: | $2,075.45 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 27 | Stearns Bank NA | $8,034.53 | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $2,075.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Traci K. Stevenson, Trustee Fees | $521.00 | $0.00 | $521.00 |
| Traci K. Stevenson, Trustee Expenses | $88.04 | $0.00 | $88.04 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $609.04 |
| Remaining balance: | $1,466.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,466.41 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,466.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $202,644.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Grow Financial Federal Credit Union | $486.99 | $0.00 | $3.52 |
| 2 | FORD MOTOR CREDIT COMPANY LLC | $9,701.50 | $0.00 | $70.20 |
| 3 | FORD MOTOR CREDIT COMPANY LLC | $17,382.58 | $0.00 | $125.79 |
| 4 | Discover Bank Discover Product Inc | $2,273.00 | $0.00 | $16.45 |
| 5 | LVNV Funding, LLC Resurgent Capital Services | $843.67 | $0.00 | $6.11 |
| 6 | Wells Fargo Bank, N.A. Wells Fargo Card Services | $7,964.92 | $0.00 | $57.64 |
| 7 | Quantum3 Group LLC | $2,605.52 | $0.00 | $18.85 |
| 8 | Quantum3 Group LLC | $888.58 | $0.00 | $6.43 |
| 9 | JPMorgan Chase Bank, N.A. | $5,801.47 | $0.00 | $41.98 |
| 10 | JPMorgan Chase Bank, N.A. | $4,434.11 | $0.00 | $32.09 |
| 11 | JPMorgan Chase Bank, N.A. | $3,232.33 | $0.00 | $23.39 |
| 12 | American Express National Bank c/o Becket and Lee LLP | $3,345.94 | $0.00 | $24.21 |
| 13 | Beacon Funding Corporation | $97,840.84 | $0.00 | $708.01 |
| 14 | American Express National Bank c/o Becket and Lee LLP | $4,120.44 | $0.00 | $29.82 |
| 15 | Mariner Finance, LLC | $598.14 | $0.00 | $4.33 |
| 16 | Sole Law PLLC | $2,070.13 | $0.00 | $14.98 |
| 17 | Midland Credit Management, Inc. | $9,329.36 | $0.00 | $67.51 |
| 18 | Midland Credit Management, Inc. | $4,787.19 | $0.00 | $34.64 |
| 19 | Midland Credit Management, Inc. | $5,012.49 | $0.00 | $36.27 |
| 20 | U.S. Bank National Association Bankruptcy Department | $5,623.92 | $0.00 | $40.70 |

**UST Form 101-7-TFR (5/1/2011)**

| 21 | Portfolio Recovery Associates, LLC | $1,843.55 | $0.00 | $13.34 |
| 22 | Portfolio Recovery Associates, LLC | $426.57 | $0.00 | $3.09 |
| 23 | Portfolio Recovery Associates, LLC | $556.20 | $0.00 | $4.02 |
| 24 | Portfolio Recovery Associates, LLC | $6,572.71 | $0.00 | $47.56 |
| 25 | LVNV Funding, LLC Resurgent Capital Services | $99.01 | $0.00 | $0.72 |
| 26 | Recovery System Corp | $4,803.00 | $0.00 | $34.76 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,466.41 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |